IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHANE E. MAXWELL,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5242

_____/

Opinion filed December 12, 2016.

An appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

Robert A. Harper, III of Harper Law Firm, P.A., Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.